**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**LADY B. GARTH**                                                                    **PLAINTIFF**

**V.**                                                                    **NO. 1:24-CV-70-DMB-RP**

**CITY OF ABERDEEN, MISSISSIPPI;**
**CHARLES SCOTT, Mayor of the City**
**of Aberdeen, Mississippi; MONROE**
**COUNTY, MISSISSIPPI; and STATE**
**OF MISSISSIPPI**                                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this date, and the orders entered October 1, 2024, January 16, 2025, and January 17, 2025, Lady B. Garth's claims against the City of Aberdeen, the State of Mississippi, and Monroe County are dismissed without prejudice, and her claims against Charles Scott are dismissed with prejudice.

**SO ORDERED**, this 1st day of June, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**